

**Medenica Law PLLC**
Attorneys at Law
Olivera Medenica

3 Columbus Circle, 15th Fl.
New York, NY 10024
Tel: (212) 785-0070
Fax: (646) 514-5302
OMedenica@MedenicaLaw.com

January 23, 2015

**VIA ECF and FACSIMILE (212) 805-7927**

Hon. Naomi Reice Buchwald
United States District Judge
U.S.D.C. Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lenny Sanchez-Suarez v. Latin Quarter NY Inc. et al (Docket No. : 13 CIV 6165)*

Dear Judge Buchwald:

We represent Defendant LQ 511 Corp., Latin Quarter NY, Inc. and Augusto Camacho, in the above mentioned action. The parties have conferred with respect to the status of discovery in this matter and have agreed upon extending fact discovery for another sixty days from January 21, 2015 to March 21, 2015. The parties are also hoping to pursue settlement negotiations during this time frame as well.

The following plan has been agreed to by the parties:

**Automatic Disclosures Required by Rule 26(a)(1)**
Completed

**Maximum # of Interrogatories by Plaintiff**
35

**Maximum # of Interrogatories by Defendants**
35

**Maximum # of Requests for Admission by Plaintiff**
35

**Maximum # of Requests for Admission by Defendants**
35

**Number of Depositions taken by Plaintiff**
Parties: 6; Non-Parties: 10

**Number of Depositions taken by Defendants**
Parties: 6; Non-Parties: 10

**Time limits for depositions of parties**
7 hours

**Time limits for depositions of non-parties**
4 hours

**Date for Completion of Factual Discovery**
March 21, 2015

**Number of Expert Witnesses of Plaintiff:**
Medical: 2; Non-Medical: 2

**Date for Expert(s) Reports**
June 21, 2015

**Date for completion of expert discovery**
July 21, 2015

**Time for amendment of the pleadings by plaintiff**
Within 30 days of completion of Defendant's depositions

**Time for amendment of the pleadings by defendant**
Within 30 days of completion of Plaintiff's depositions

**Dates for filing of dispositive motion by Plaintiff**
August 21, 2015

**Dates for filing of dispositive motion by Defendants**
August 21, 2015

**Consent to trial before a Magistrate Judge pursuant to 28 U.S.C. 636(c)?**
No

Thank you for your time and consideration of the submitted plan.

Respectfully submitted,

MEDENICA LAW PLLC

Olivera Medenica, Esq.

Cc:   Christopher L. Van De Water, Esq. (via email)
      Derek Smith Law Group, PLLC